STATE of Missouri,
Plaintiff-Respondent,

v.

Glenn Kenneth PATTERSON,
Defendant-Appellant.

No. 50440.

Missouri Court of Appeals,
Eastern District,
Division Two.

March 18, 1986.

Motion for Rehearing and/or Transfer
Denied April 22, 1986.

Application to Transfer Denied
June 17, 1986.

Karen E. Kraft, Deborah L. Stockhausen, Public Defenders, St. Louis, for defendant-appellant.

John M. Morris, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

ORDER

Defendant appeals from trial court's conviction of four counts of first degree robbery, § 569.020, RSMo 1978, upon trial by jury. Defendant was sentenced to ten years on each count in accordance with the jury's recommendations, the sentences to run concurrently. An extended opinion would be of no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for the order affirming the judgment in accordance with Rule 30.-25(b).